IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| SETH D. HARRIS, Acting Secretary of Labor, United States Department of Labor | )<br>)<br>)<br>) |
| v. | ) 3-13-0105<br>)<br>) |
| A.D. VALLETT & CO., LLC; AARON DONALD VALLETT; MEPHISTO 401(K) PROFIT SHARING PLAN; WILEY GROUP, INC. 401(K) PROFIT SHARING PLAN AND TRUST; SOUTHEASTERN BUILDING CORPORATION 401(K) PROFIT SHARING PLAN AND TRUST; TIMOTHY E. MCNUTT, SR. D.D.S. 401(K) PROFIT PLAN AND TRUST; PROJECT C.A.M.P. 401(K) PROFIT SHARING PLAN AND TRUST; and HENRY E. HILDEBRAND, III | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

O R D E R

By Report and Recommendation entered March 10, 2014 (Docket Entry No. 39), the Court recommended that the plaintiff's motion for summary judgment (Docket Entry No. 21) be granted.

Rule 72(b)(2) of the Federal Rules of Civil Procedure and 28 U.S.C. § 636(b)(1) provide that any objections to a Report and Recommendation must be filed with the Clerk of Court within fourteen (14) days of being served with the Report and Recommendation, and must state with particularity the specific portions of the Report & Recommendation to which objection is made. Failure to file written objections within the specified time can be deemed a waiver of the right to appeal the District Court's order. See Thomas v. Arn, 474 U.S. 140 (1985); United States v. Walters, 638 F.2d 947 (6th Cir. 1981).

It is so ORDERED.

JULIET GRIFFIN
United States Magistrate Judge[1]