UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| SETH D. HARRIS, Acting Secretary of Labor, U.S. Dept. of Labor | ) ) ) | |
| v. | ) ) | NO. 3:13-0105 JUDGE CAMPBELL |
| A.D. VALLETT & CO., LLC, et al. | ) | |

## ORDER

Pending before the Court is a Report and Recommendation of the Magistrate Judge (Docket No. 39), to which no Objections have been filed. The Court has reviewed the Report and Recommendation and the file. The Report and Recommendation is adopted and approved.

Accordingly, (1) the Plaintiff's Motion for Summary Judgment (Docket No. 21) is GRANTED; (2) the Plaintiff is awarded $58,236.24 in lost earnings and pre-judgment interest; (3) Post-judgment interest is awarded and shall be calculated in accord with 28 U.S.C. § 1961 from the date of entry of judgment in this case; and (4) the Defendant Aaron Donald Vallett is permanently enjoined as follows: (a) Defendant Aaron Donald Vallett is permanently enjoined from serving as a fiduciary and from engaging in any violation of ERISA in the future; and (b) Defendant Aaron Donald Vallett is permanently enjoined from providing any services, whether as a fiduciary or otherwise, directly or indirectly to any ERISA-covered plan.

This Order shall constitute the judgment in this case pursuant to Fed. R. Civ. P. 58.

IT IS SO ORDERED.

                                                                                                 _____
TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE